1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
10
                              **SACRAMENTO DIVISION**
11

12 LINDA FRANKLIN,                )
                                  )   CIVIL NO. 2:08-CV-00850-CMK
13        Plaintiff,              )
                                  )
14        v.                      )   STIPULATION AND ORDER TO EXTEND
                                  )   TIME
15 MICHAEL J. ASTRUE,             )
   Acting Commissioner of         )
16 Social Security,               )
                                  )
17        Defendant.              )
   _____)

18
        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
19
   attached Order, that Defendant shall have an extension of time up to and including January 9, 2009.
20
   Counsel for Defendant inadvertently mis-calendared her due date for this case and thus requires a short
21
   extension in order to complete the briefing.
22
        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated January 7, 2009, | */s/ Steven M. Chabre* |
|   | Steven M. Chabre<br>(as authorized via telephone)<br>Attorney at Law |
|   | Attorney for Plaintiff |
| Dated January 7, 2009, | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | */s/ Elizabeth Firer* |
|   | Elizabeth Firer<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 14, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE